UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

IN RE:                                                                  CASE NO.: 24-40053
                                                                                                     CHAPTER 13

**Ursula Rosemarie Runnals,**
    **Debtor.**

_____/

### REQUEST FOR SERVICE

      **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-2 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                                     Robertson, Anschutz, Schneid & Crane LLP
                                                     Authorized Agent for Secured Creditor
                                                     350 10th Avenue, Suite 1000
                                                     San Diego, CA 92101
                                                     Telephone: 470-321-7112

                                                     By: /s/Theron S. Covey
                                                          Theron S. Covey
                                                          Email: tcovey@raslg.com

# CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on January 24, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

URSULA ROSEMARIE RUNNALS
9 MIDDLE ROAD
LAFAYETTE, CA 94549

And via electronic mail to:

MARTHA G. BRONITSKY
P.O. BOX 5004
HAYWARD, CA 94540

OFFICE OF THE U.S. TRUSTEE/OAK
OFFICE OF THE UNITED STATES TRUSTEE
PHILLIP J. BURTON FEDERAL BUILDING
450 GOLDEN GATE AVE. 5TH FL., #05-0153
SAN FRANCISCO, CA 94102

                                                       By: /s/ Angela Gill