```
ZBS Law, LLP
Nichole L. Glowin, Esq. #262932
Kristin A. Zilberstein, Esq. #200041
30 Corporate Park, Suite 450
Irvine, CA 92606
Phone:          (714) 848-7920
Facsimile:      (714) 908-7807
Email:          bankruptcy@zbslaw.com

Counsel for Movant, ARCPE 1 LLC
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Ursula Rosemarie Runnals,<br><br>Debtor. | Case No.: 24-40053<br><br>Chapter: 13<br><br>**REQUEST FOR SPECIAL NOTICE** |

**TO THE HONORABLE CHARLES NOVACK, DEBTOR, DEBTOR'S ATTORNEY OF RECORD, THE CHAPTER 13 TRUSTEE, AND ALL OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. §§ 102(1) and 1109 (b), **ARCPE 1 LLC**, a Creditor in the above-referenced case, hereby

1

requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to Nichole L. Glowin, Esq., at the following office and address and that the following counsel for **ARCPE 1 LLC**, be included on the master mailing list:

        **Kristin A. Zilberstein, Esq., #200041**
        **ZBS Law, LLP**
        **30 Corporate Park, Suite 450**
        **Irvine, CA 92606**
        **Phone: (714) 848-7920**
        **Facsimile: (714) 908-7807**
        **Email: bankruptcy@zbslaw.com**

      The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, requests, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way right or interests of the Debtors.

Dated: February 1, 2024        ZBS Law, LLP

        /s/ Kristin A. Zilberstein
        Kristin A. Zilberstein, Esq.
        Attorney for Secured Creditor,
        ARCPE 1 LLC

| | |
|---|---|
| 1 | ZBS Law, LLP |
| 2 | Nichole L. Glowin, Esq. #262932 |
|   | Kristin A. Zilberstein, Esq. #200041 |
| 3 | 30 Corporate Park, Suite 450 |
|   | Irvine, CA 92606 |
| 4 | Phone:       (714) 848-7920 |
|   | Facsimile:  (714) 908-7807 |
| 5 | Email:        bankruptcy@zbslaw.com |
| 6 | |
|   | Counsel for Movant, ARCPE 1 LLC |

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No.: 24-40053 |
| | Chapter: 13 |
| Ursula Rosemarie Runnals, | **CERTIFICATE OF SERVICE** |
| Debtor. | |

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, **Katherine Kellams**, certify that I am a resident of Orange County, California. I am over the age of 18 years and am not a party to the within action. My business address is 30 Corporate Park, Suite 450, Irvine, California 92606.

On **February 1, 2024**, I served the within **REQUEST FOR SPECIAL NOTICE,** on all

1

interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Irvine, California, addressed as follows:

**Debtor:**
Ursula Rosemarie Runnals
9 Middle Road
Lafayette, CA 94549

In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties who have requested Special Notice in this case, will receive an electronic copy of the foregoing document when it has been filed with the Court.

| | |
|---|---|
| Martha G. Bronitsky, Trustee | 13trustee@oak13.com |
| Office of the U.S. Trustee / SJ | USTPRegion17.OA.ECF@usdoj.gov |

I certify under penalty of perjury the foregoing is true and correct.

Executed on **February 1, 2024,** at Irvine, California.

/s/ Katherine Kellams
**Katherine Kellams**

2