Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266-5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Ursula Rosemarie Runnals

Chapter 13 Case No. 24-40053-CN 13

debtor(s)

**DECLARATION AND REQUEST FOR ORDER OF DISMISSAL**

Trustee's Motion to Dismiss Proceedings having been filed with the Court on March 04, 2024 and the notice of said motion was duly served upon the debtor and the attorney of record.

None of the deficiencies outlined in the Motion to Dismiss Proceedings have been corrected, which are: Failure to appear at the Meeting of Creditors.

The response does not resolve the issues, or the response sets a timeframe for resolving the issues that has not been respected or no response has been received from the debtor(s) and more than twenty-one (21) days have elapsed since the Trustee's Motion to Dismiss Proceedings was served.

I Declare under penalty of perjury that the foregoing is true and correct.

Executed this date at Hayward, California.

Date: March 26, 2024

/s/ Martha G. Bronitsky

Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| In re | Chapter 13 Case No. 24-40053-CN 13 |
|---|---|
| Ursula Rosemarie Runnals | |
| debtor(s) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Ursula Rosemarie Runnals | Pro Per |
| | (Counsel for Debtor) |
| 9 Middle Road | |
| Lafayette, CA 94549 | |
| (Debtor(s)) | |
| Date: March 26, 2024 | /s/ Eliemary De Guzman |
| | Eliemary De Guzman |